Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jose Guadalupe FLORES, Jr. |
| **Docket Number:** | 2:06CR00421-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/31/2006 |
| **Original Offense:** | 31 USC 5332(a) - Bulk Cash Smuggling into or out of the United States<br>(CLASS D FELONY) |
| **Original Sentence:** | 18 months custody Bureau of Prisons; 24 months Supervised Release; $100 Special Assessment |
| **Special Conditions:** | Financial disclosure; Drug/alcohol treatment program/testing; Vocational rehabilitation program; GED program |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/15/2006 |
| **Assistant U.S. Attorney:** | To be assigned    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned    **Telephone:** (916) 498-5700 |

**Other Court Action:**

<u>**09/05/2006**</u>:    United States District Judge Karon Owen Bowdre, Northern District of Alabama modified conditions of supervised release to include warrantless search.

RE:  Jose Guadalupe FLORES, Jr.
     Docket Number:  2:06CR00421-01
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

<u>**10/18/2006**</u>:        Jurisdiction transferred from the Northern District of Alabama to the Eastern District of California.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential Community Corrections Center, for a period of 90 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

2. The defendant shall not associate with known gang members, nor wear gang paraphernalia.

**Justification:**   The releasee began his supervision on December 15, 2006. Despite being authorized to release to the residence of his sister he moved to his mother's residence without authorization. He reported to the probation office as directed, and his responsibility and expectations under supervision were made clear by review of his court order. He was referred to the federal substance abuse treatment program for counseling and testing. He secured employment immediately upon arriving in Stockton, California. The releasee appeared to be adhering to the directives of the Court as implemented by the probation office. However, it soon became apparent he was not taking his supervision seriously, as he was participating in the substance abuse treatment program according to his desire, and his employment positions were not long lasting. He was counseled on various occasions as to the consequences of his decisions, associations, and failure to adhere to the court order. Then on March 31, 2007, the releasee was arrested by Stockton Police, and charged by the San Joaquin County District Attorney's Office with attempted

RE:   Jose Guadalupe FLORES, Jr.
      Docket Number:  2:06CR00421-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

carjacking, participate in criminal street gang, and assault with deadly weapon or force likely to produce great bodily injury.  The matter is pending in the San Joaquin County Superior Court, under Docket SF104030A.  The release admitted he was associating with Jaime Valenica, whom he met in the Residential Rehabilitation Center prior to his release.  The releasee also admitted knowing Jaime Valencia is an identified gang member.  Mr. Valenica is a releasee under the supervision of a United States probation officer in this district and office.  The Stockton Police Department has also identified Jaime Valencia as a "Sixth Street" gang member.

The releasee admitted he was with Jaime Valencia, Rafael Valencia, and Ramero Espinoza, on March 31, 2007.  Additionally, they were said to be wearing red bandanas on their faces while walking around the mobile home grounds searching for Valencia's younger brother.  The releasee stated he hid his red bandana when officers arrived in order to avoid trouble from his supervision officer.  It is noted, we did not discuss the encounter with the reported victim in the new law violation.  Instead, the discussion focused on his associations, and the seriousness of the activities.  He understands the Court will be noticed of the above law violation upon resolution in the state court.  The present notice of non-compliance is the result of his association with another individual convicted of a felony, who is an identified gang member.  The releasee understands his conduct to date is in violation of his supervision terms as ordered by the Court.  In response to his non-compliance, the releasee has agreed to modify his terms of supervised release by signing the Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release. The release shall reside and participate in a residential Community Corrections Center, for a period of 90 days, as directed by the probation officer.  Additionally, he shall not associate with known gang members, nor wear gang paraphernalia. Prior to the releasee's release to the Eastern District of California for supervision, the Honorable Karon O. Bowdre, the sentencing judge, modified the terms of supervision to include warrantless search.  Thus, should Your Honor determine the immediate response and plan to address the non-compliance is appropriate, it is recommended the terms of supervised release be modified to include the above conditions.

**RE:   Jose Guadalupe FLORES, Jr.
       Docket Number:  2:06CR00421-01
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ George A. Vidales
**GEORGE A. VIDALES
United States Probation Officer**
Telephone:  (916) 683-3323

**DATED:**   June 13, 2007
            Elk Grove, California
            GAV/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER
                   Supervising United States Probation Officer**

**RE:   Jose Guadalupe FLORES, Jr.**
    **Docket Number:  2:06CR00421-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

Dated:  June 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

cc:   United States Probation
    To be assigned, Assistant United States Attorney
    To be assigned, Assistant Federal Defender
    Defendant
    Court File